STEVEN W. MYHRE, NVBN 9635
United States Attorney
District of Nevada

RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
160 Spear Street, Suite 800
Telephone No. (415) 977-8926
Facsimile No.  (415) 977-0134
Email Address: richard.rodriguez@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KERRY L. HUMPHRIES,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 3:17-CV-00362-RCJ-VPC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME AND PROPOSED ORDER**<br>(*DEFENDANT'S FIRST REQUEST*) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's motion for summary judgment and cross motion for summary judgment, due on December 27, 2017, by 30 days, through and including January 26, 2018.

An extension of time is needed in order to prepare Defendant's response and cross motion because my mother passed away recently and I was out of the office for extended periods this month. As a result, I am attempting to catch up on my workload, but still have a brief due on December 27,

-1-

2017, in the Northern District of California, as well as one due on December 28, 2017, in the Eastern District of California, both of which have had multiple extensions.

This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, Cyrus Safa by email on December 20, who has no opposition to this motion.

Respectfully submitted this 20th day of December 2017.

STEVEN W. MYHRE, NVBN 9635
United States Attorney

/s/ *Richard M. Rodriguez*
RICHARRD M. RODRIGUEZ
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
The Honorable Valerie P. Cooke
UNITED STATES MAGISTRATE JUDGE

DATED: December 27, 2017

# CERTIFICATE OF SERVICE

I, **Richard M. Rodriguez**, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa, Esq.
Law Offices Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Cyrus.safa@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Lmoreno@shookandstone.com

Dated this 20th day of December, 2017

/s/ *Richard M. Rodriguez*
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney