UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KERRY L. HUMPHRIES, | CASE NO.: 3:17-CV-00362-RCJ-VPC |
| Plaintiff, | |
| v. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #21) entered on June 7, 2018, in which the Magistrate Judge recommends the Court deny Plaintiff's Motion for Remand and/or Reversal (ECF No. 15) and grant the Acting Commissioner's Cross-Motion to Affirm the Commissioner's Decision (ECF No. 18). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 21).

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand and/or Reversal (ECF No. 15) is DENIED.

IT IS FURTHER ORDERED that the Acting Commissioner's Cross-Motion to Affirm the Commissioner's Decision (ECF No. 18) is GRANTED.

IT IS FURTHER ORDERED that The Clerk shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 24th day of July, 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE